UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
EASTERN DISTRICT OF LOUISIANA DIVISION

In re: LUMAR MARINE, INC. § Case No. 13-10013-B
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Hof, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $169,462.54    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $823,117.89    Claims Discharged
                                                Without Payment: $795,034.09

Total Expenses of Administration: $325,322.48

3) Total gross receipts of $ 1,148,440.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,148,440.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $473,028.49 | $442,611.99 | $377,450.61 | $377,450.61 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 325,322.48 | 325,322.48 | 325,322.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 350,000.00 | 1,354,118.60 | 327,606.02 | 327,606.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 347,133.70 | 1,589,891.83 | 702,381.91 | 118,061.26 |
| **TOTAL DISBURSEMENTS** | $1,170,162.19 | $3,711,944.90 | $1,732,761.02 | $1,148,440.37 |

4) This case was originally filed under Chapter 7 on January 04, 2013. The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2018   By: /s/Ronald J. Hof
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| The Silverstein Law Firm, APLC Client Trust Acco | 1129-000 | 704.40 |
| First Bank & Trust Account No. 360053951 | 1129-000 | 5,331.74 |
| Accounts Receivable -Riverbend Marine, L.L.C. | 1129-000 | 364,267.77 |
| M/V Tako Renegade | 1129-000 | 250,000.00 |
| M/V Tako Bandit | 1129-000 | 390,000.00 |
| Office equipment | 1129-000 | 254.00 |
| Inventory & equipment | 1129-000 | 77,827.00 |
| Refund of health insurance premiums | 1229-000 | 5,272.62 |
| Insurance premium refunds | 1229-000 | 54,782.84 |
| **TOTAL GROSS RECEIPTS** | | **$1,148,440.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Bank of the West | 4110-000 | N/A | 24,000.00 | 0.00 | 0.00 |
| 5S | Retif Oil & Fuel, LLC | 4110-000 | N/A | 27,851.55 | 0.00 | 0.00 |
| 7 | Diver Dan Diving Service, Inc. | 4110-000 | N/A | 1,912.50 | 0.00 | 0.00 |
| 9 | Gulf Coast Marine, LLC | 4110-000 | N/A | 125,000.00 | 125,000.00 | 125,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Custom Fuel Services, Inc. | 4220-000 | N/A | 20,706.00 | 20,706.00 | 20,706.00 |
| 15 -2 | Retif Oil & Fuel, LLC | 4220-000 | N/A | 11,886.93 | 11,886.93 | 11,886.93 |
| 15S | Retif Oil & Fuel, LLC | 4210-000 | N/A | 11,397.33 | 0.00 | 0.00 |
| 16 | Force Power Systems | 4220-000 | N/A | 8,562.69 | 8,562.69 | 8,562.69 |
| 17 | Force Power Systems | 4220-000 | N/A | 65,042.13 | 65,042.13 | 65,042.13 |
| 18 | United Bulk Terminals Davant, LLC | 4220-000 | N/A | 10,690.00 | 10,690.00 | 10,690.00 |
| NOTFILED | Marie F. Lulich | 4110-000 | 443,700.92 | N/A | N/A | 0.00 |
| NOTFILED | Bank of the West Bankruptcy Department | 4110-000 | 29,327.57 | N/A | N/A | 0.00 |
| | Marie Franicevic Lulich | 4210-000 | N/A | 135,562.86 | 135,562.86 | 135,562.86 |
| **TOTAL SECURED CLAIMS** | | | **$473,028.49** | **$442,611.99** | **$377,450.61** | **$377,450.61** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ronald J. Hof | 2100-000 | N/A | 57,703.21 | 57,703.21 | 57,703.21 |
| Trustee Expenses - Ronald J. Hof | 2200-000 | N/A | 233.67 | 233.67 | 233.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Hard Rock Marine Services, L.L.C. | 2420-000 | N/A | 5,813.00 | 5,813.00 | 5,813.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.33 | 13.33 | 13.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - Henderson Auctions | 3610-000 | N/A | 7,943.10 | 7,943.10 | 7,943.10 |
| Other - Paul Douglas Stewart, Jr. | 3210-000 | N/A | 27,292.00 | 27,292.00 | 27,292.00 |
| Other - Paul Douglas Stewart, Jr. | 3220-000 | N/A | 6,215.25 | 6,215.25 | 6,215.25 |
| Auctioneer for Trustee Fees (including buyers premiums) - Henderson Auctions | 3610-000 | N/A | -135.00 | -135.00 | -135.00 |
| Other - Denet Towing Services, Inc. | 2420-000 | N/A | 4,024.36 | 4,024.36 | 4,024.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.03 | 58.03 | 58.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.78 | 51.78 | 51.78 |
| Other - Hard Rock Marine Services, L.L.C. | 2420-000 | N/A | 5,050.00 | 5,050.00 | 5,050.00 |
| Other - Dennis Frantz & Frantz Marine Corporation, Inc. | 3991-000 | N/A | 19,500.00 | 19,500.00 | 19,500.00 |
| Other - Hardrock Marine Services, LLC | 2420-000 | N/A | 12,088.00 | 12,088.00 | 12,088.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 184.20 | 184.20 | 184.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 494.18 | 494.18 | 494.18 |
| Other - Dennis Frantz & Frantz Marine Corporation, Inc. | 3991-000 | N/A | 12,500.00 | 12,500.00 | 12,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Hard Rock Marine Services, L.L.C. | 2420-000 | N/A | 3,400.00 | 3,400.00 | 3,400.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 630.63 | 630.63 | 630.63 |
| Other - J. Edward Perron, Jr. | 3410-000 | N/A | 1,608.00 | 1,608.00 | 1,608.00 |
| Other - J. Edward Perron, Jr. | 3420-000 | N/A | 244.96 | 244.96 | 244.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 801.58 | 801.58 | 801.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 677.54 | 677.54 | 677.54 |
| Other - Jeffrey N. Aucoin | 3410-580 | N/A | 8,671.50 | 8,671.50 | 8,671.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 797.49 | 797.49 | 797.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 735.89 | 735.89 | 735.89 |
| Other - Ronald J. Hof | 2300-000 | N/A | 447.62 | 447.62 | 447.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 662.78 | 662.78 | 662.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 685.06 | 685.06 | 685.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 754.95 | 754.95 | 754.95 |
| Other - Paul Douglas Stewart, Jr. | 3210-000 | N/A | 75,252.00 | 75,252.00 | 75,252.00 |
| Other - Paul Douglas Stewart, Jr. | 3220-000 | N/A | 10,456.74 | 10,456.74 | 10,456.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 665.53 | 665.53 | 665.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 562.97 | 562.97 | 562.97 |
| Other - J. Edward Perron, Jr. | 3410-000 | N/A | 1,032.00 | 1,032.00 | 1,032.00 |
| Other - J. Edward Perron, Jr. | 3420-000 | N/A | 178.98 | 178.98 | 178.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 639.26 | 639.26 | 639.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 559.61 | 559.61 | 559.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 868.26 | 868.26 | 868.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 652.98 | 652.98 | 652.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 567.88 | 567.88 | 567.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 714.20 | 714.20 | 714.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 629.13 | 629.13 | 629.13 |
| Other - Ronald J. Hof | 2300-000 | N/A | 275.48 | 275.48 | 275.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 586.31 | 586.31 | 586.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 668.78 | 668.78 | 668.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 626.02 | 626.02 | 626.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 604.28 | 604.28 | 604.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 665.67 | 665.67 | 665.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 643.20 | 643.20 | 643.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 600.81 | 600.81 | 600.81 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 662.10 | 662.10 | 662.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 622.89 | 622.89 | 622.89 |
| Other - J. Edward Perron, Jr. | 3410-000 | N/A | 804.00 | 804.00 | 804.00 |
| Other - J. Edward Perron, Jr. | 3420-000 | N/A | 284.74 | 284.74 | 284.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 690.27 | 690.27 | 690.27 |
| Other - Paul Douglas Stewart, Jr. | 3210-000 | N/A | 4,433.50 | 4,433.50 | 4,433.50 |
| Other - Paul Douglas Stewart, Jr. | 3220-000 | N/A | 843.40 | 843.40 | 843.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 783.05 | 783.05 | 783.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 678.84 | 678.84 | 678.84 |
| Other - Ronald J. Hof | 2300-000 | N/A | 221.10 | 221.10 | 221.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 676.56 | 676.56 | 676.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 768.58 | 768.58 | 768.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 674.27 | 674.27 | 674.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 673.33 | 673.33 | 673.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 765.24 | 765.24 | 765.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 671.33 | 671.33 | 671.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 762.87 | 762.87 | 762.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 692.43 | 692.43 | 692.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 668.39 | 668.39 | 668.39 |
| Other - J. Edward Perron, Jr. | 3410-000 | N/A | 480.00 | 480.00 | 480.00 |
| Other - J. Edward Perron, Jr. | 3420-000 | N/A | 164.13 | 164.13 | 164.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 736.57 | 736.57 | 736.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 688.77 | 688.77 | 688.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 735.22 | 735.22 | 735.22 |
| Other - Ronald J. Hof | 2300-000 | N/A | 147.68 | 147.68 | 147.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 642.41 | 642.41 | 642.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 710.10 | 710.10 | 710.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 640.43 | 640.43 | 640.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 753.78 | 753.78 | 753.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 684.17 | 684.17 | 684.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 660.41 | 660.41 | 660.41 |
| Other - J. Edward Perron, Jr. | 3410-000 | N/A | 528.00 | 528.00 | 528.00 |
| Other - J. Edward Perron, Jr. | 3420-000 | N/A | 181.03 | 181.03 | 181.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 750.08 | 750.08 | 750.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 657.47 | 657.47 | 657.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 724.47 | 724.47 | 724.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 678.15 | 678.15 | 678.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 654.60 | 654.60 | 654.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 743.85 | 743.85 | 743.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 630.15 | 630.15 | 630.15 |
| Other - Ronald J. Hof | 2300-000 | N/A | 239.47 | 239.47 | 239.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 674.07 | 674.07 | 674.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 650.51 | 650.51 | 650.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 642.37 | 642.37 | 642.37 |
| Other - Stewart, Robbins & Brown, LLC | 3210-000 | N/A | 16,148.50 | 16,148.50 | 16,148.50 |
| Other - Stewart, Robbins & Brown, LLC | 3220-000 | N/A | 807.60 | 807.60 | 807.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 284.80 | 284.80 | 284.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 289.60 | 289.60 | 289.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$325,322.48** | **$325,322.48** | **$325,322.48** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service | 5800-000 | N/A | 391,511.60 | 0.00 | 0.00 |
| 4P-2 | Internal Revenue Service | 5800-000 | N/A | 298,835.09 | 0.00 | 0.00 |
| 4P-3 | Internal Revenue Service | 5800-000 | N/A | 298,835.09 | 0.00 | 0.00 |
| 4P-4 | Internal Revenue Service | 5800-000 | 350,000.00 | 299,419.66 | 299,419.66 | 299,419.66 |
| 12P | Louisiana Department of Revenue | 5800-000 | N/A | 26,220.00 | 14,775.28 | 14,775.28 |
| 24P | Beverly Chaisson | 5300-000 | N/A | 12,475.00 | 0.00 | 0.00 |
| 24P-2 | Beverly Chaisson | 5800-000 | N/A | 12,475.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled (from Form 6F) | Claims Asserted (from Proofs of Claim) | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| 24P-3 | Beverly Chaisson | 5300-000 | N/A | 12,475.00 | 12,475.00 | 12,475.00 |
| 28 | Plaquemines Port Harbor & Terminal District | 5800-000 | N/A | 936.08 | 0.00 | 0.00 |
| 28 -2 | Plaquemines Port Harbor & Terminal District | 5800-000 | N/A | 936.08 | 936.08 | 936.08 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$350,000.00** | **$1,354,118.60** | **$327,606.02** | **$327,606.02** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Custom Fuel Services, Inc. | 7100-000 | N/A | 20,706.00 | 0.00 | 0.00 |
| 2 | Eagle Control Systems, Inc. | 7100-000 | 371.50 | 371.50 | 371.50 | 265.02 |
| 3 -2 | Bank of the West | 7100-000 | N/A | 13,091.26 | 13,091.26 | 9,338.93 |
| 3U | Bank of the West | 7100-000 | N/A | 6,766.72 | 0.00 | 0.00 |
| 4U | Internal Revenue Service | 7100-000 | N/A | 17,037.99 | 0.00 | 0.00 |
| 4U-2 | Internal Revenue Service | 7100-000 | N/A | 57,074.91 | 0.00 | 0.00 |
| 4U-3 | Internal Revenue Service | 7100-000 | N/A | 57,074.91 | 0.00 | 0.00 |
| 4U-4 | Internal Revenue Service | 7300-000 | N/A | 58,389.69 | 58,389.69 | 0.00 |
| 5U | Retif Oil & Fuel, LLC | 7100-000 | N/A | 923.68 | 0.00 | 0.00 |
| 6 | Allemand Industries, Inc. | 7100-000 | N/A | 859.98 | 859.98 | 613.48 |
| 8 | Jefferson Propeller Repair & Sales | 7100-000 | N/A | 3,470.00 | 0.00 | 0.00 |
| 10 | K&S Diesel Service, Inc. | 7100-000 | N/A | 731.11 | 731.11 | 521.55 |
| 11 | K&S Diesel Service, Inc. | 7100-000 | N/A | 2,038.92 | 2,038.92 | 1,454.51 |
| 12U | Louisiana Department of Revenue | 7300-000 | N/A | 9,702.11 | 9,702.11 | 0.00 |
| 13 | Industrial Welding Supply | 7100-000 | N/A | 242.52 | 242.52 | 173.01 |
| 15U | Retif Oil & Fuel, LLC | 7100-000 | 28,907.63 | 17,477.90 | 0.00 | 0.00 |
| 19 | Marie F. Lulich | 7100-000 | 106,108.00 | 37,493.25 | 37,493.25 | 26,746.60 |
| 20 | James Green | 7100-000 | N/A | 35,730.24 | 0.00 | 0.00 |
| 21 | Boh Bros. Construction Co., L.L.C. | 7100-000 | N/A | 159,707.57 | 0.00 | 0.00 |
| 22 | Acme Crankshaft Grinding Co., Inc. | 7100-000 | 1,033.13 | 1,033.13 | 1,033.13 | 737.01 |
| 23 | Board of Commisioners of the | 7100-000 | N/A | 292,268.00 | 0.00 | 0.00 |
| 24U | Beverly Chaisson | 7200-000 | N/A | 109,636.00 | 0.00 | 0.00 |
| 24U-2 | Beverly Chaisson | 7200-000 | N/A | 109,636.00 | 0.00 | 0.00 |
| 24U-3 | Beverly Chaisson | 7100-000 | N/A | 109,636.00 | 109,636.00 | 78,211.15 |
| 25 | Environmental Health & Consulting Services | 7200-000 | N/A | 22,316.52 | 22,316.52 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | Environmental Health & Consulting Services | 7200-000 | N/A | 2,775.00 | 2,775.00 | 0.00 |
| 27 | Marie F. Lulich | 7400-000 | N/A | 443,700.92 | 443,700.92 | 0.00 |
| NOTFILED | FBM Trading Co. | 7100-000 | 6,654.59 | N/A | N/A | 0.00 |
| NOTFILED | Hydra Force LLC | 7100-000 | 5,607.36 | N/A | N/A | 0.00 |
| NOTFILED | Industrial Welding Supply Co. | 7100-000 | 96.79 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Diesel Specialists | 7100-000 | 1,332.40 | N/A | N/A | 0.00 |
| NOTFILED | J&S Contractors, Inc. | 7100-000 | 2,460.00 | N/A | N/A | 0.00 |
| NOTFILED | Diver Dan Diving Service, Inc. | 7100-000 | 1,912.50 | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications, Inc. | 7100-000 | 153.51 | N/A | N/A | 0.00 |
| NOTFILED | Bearing Service & Supply, Inc. | 7100-000 | 165.25 | N/A | N/A | 0.00 |
| NOTFILED | Bearing Service & Supply Inc. | 7100-000 | 194.67 | N/A | N/A | 0.00 |
| NOTFILED | Charter Communications | 7100-000 | 186.99 | N/A | N/A | 0.00 |
| NOTFILED | CAT Financial Commercial Acct. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dale's Welding & Fabricators, LLC | 7100-000 | 4,091.10 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Parish Sheriffs Office Bureau of Revenue & | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lafource Merchant Marine Training | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | K&S Diesel Service, Inc. | 7100-000 | 2,013.05 | N/A | N/A | 0.00 |
| NOTFILED | Val's Diving Service, Inc. | 7100-000 | 2,240.00 | N/A | N/A | 0.00 |
| NOTFILED | UniFirst Holdings, Inc. | 7100-000 | 943.50 | N/A | N/A | 0.00 |
| NOTFILED | W.W. Grainger, Inc. c/o Wholesale Collectors | 7100-000 | 781.91 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 1,939.78 | N/A | N/A | 0.00 |
| NOTFILED | The Waterways Journal, Inc. Inland River Record | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wright Express Fleet Services Wex Bank | 7100-000 | 28.97 | N/A | N/A | 0.00 |
| NOTFILED | Safety-Kleen Systems, Inc. | 7100-000 | 635.00 | N/A | N/A | 0.00 |
| NOTFILED | Succession of Anthony J Lulich | 7100-000 | 165,215.37 | N/A | N/A | 0.00 |
| NOTFILED | MNI Diesel, Inc. | 7100-000 | 1,372.18 | N/A | N/A | 0.00 |
| NOTFILED | Metal Locking of LA, Inc. | 7100-000 | 2,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific-Gulf Wire Rope, Inc. | 7100-000 | 226.35 | N/A | N/A | 0.00 |
| NOTFILED | National Aqua Pressure, LLC | 7100-000 | 1,612.00 | N/A | N/A | 0.00 |
| NOTFILED | Baker Lyman - New Orleans | 7100-000 | 49.42 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Industries, Inc. | 7100-000 | 1,856.81 | N/A | N/A | 0.00 |
| NOTFILED | Allemand Industries, Inc. | 7100-000 | 859.98 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 1,628.76 | N/A | N/A | 0.00 |
| NOTFILED | A&M Dockside Repair, Inc. | 7100-000 | 2,635.20 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $347,133.70 | $1,589,891.83 | $702,381.91 | $118,061.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-10013-B  
**Case Name:** LUMAR MARINE, INC.

**Period Ending:** 11/13/18

**Trustee:** (380470) Ronald J. Hof  
**Filed (f) or Converted (c):** 01/04/13 (f)  
**§341(a) Meeting Date:** 02/07/13  
**Claims Bar Date:** 04/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | The Silverstein Law Firm, APLC Client Trust Acco | 750.00 | 704.40 | | 704.40 | FA |
| 2 | First Bank & Trust Account No. 360053951 | 5,322.35 | 5,331.74 | | 5,331.74 | FA |
| 3 | Accounts Receivabe | 136,277.24 | 136,277.24 | | 0.00 | FA |
| 4 | Accounts Receivable -Tako Towing Inc. | 8,208.15 | 8,208.15 | | 0.00 | FA |
| 5 | Accounts Receivable -Yugo Marine, Inc. | 620.95 | 620.95 | | 0.00 | FA |
| 6 | Accounts Receivable -Riverbend Marine, L.L.C. | 489,068.14 | 489,068.14 | | 364,267.77 | FA |
| 7 | Accounts Receivable -Lulich Barge Line | 356.20 | 356.20 | | 0.00 | FA |
| 8 | Possible Claims against Beverly Chaisson | Unknown | 0.00 | | 0.00 | FA |
| 9 | Trade Name: "Tako Toddy" | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 Dodge Caravan SE | 24,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | M/V Tako Renegade | 400,000.00 | 250,000.00 | | 250,000.00 | FA |
| 12 | M/V Tako Bandit | 540,000.00 | 96,299.08 | | 390,000.00 | FA |
| 13 | Office equipment | 6,000.00 | 254.00 | | 254.00 | FA |
| 14 | Inventory & equipment | 5,000.00 | 79,177.00 | | 77,827.00 | FA |
| 15 | Furniture on Vessels (included in vessel value) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Refund of health insurance premiums (u) | 5,272.62 | 5,272.62 | | 5,272.62 | FA |
| 17 | BP Claim (u) | Unknown | 666,251.00 | | 0.00 | FA |
| 18 | Insurance premium refunds (u) | 54,782.84 | 54,782.84 | | 54,782.84 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$1,675,658.49** | **$1,792,603.36** | | **$1,148,440.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

    final account

**Initial Projected Date Of Final Report (TFR):** July 15, 2014     **Current Projected Date Of Final Report (TFR):** August 8, 2018 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-10013-B
**Case Name:** LUMAR MARINE, INC.

**Taxpayer ID #:** **-***7383
**Period Ending:** 11/13/18

**Trustee:** Ronald J. Hof (380470)
**Bank Name:** Rabobank, N.A.
**Account:** ******9766 - Checking Account
**Blanket Bond:** $32,290,398.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/13 | {1} | The Silerstein Law Firm, A PLC | Funds held in trust account | 1129-000 | 704.40 | | 704.40 |
| 02/14/13 | {16} | United HealthCare Svs. Inc. | Refund of health insurance premiums | 1229-000 | 5,272.62 | | 5,977.02 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,967.02 |
| 03/05/13 | {2} | First Bank and Trust | Funds on deposit | 1129-000 | 5,331.74 | | 11,298.76 |
| 03/21/13 | 101 | Hard Rock Marine Services, L.L.C. | Reimbursement of insurance costs, re: Order 3/20/13 | 2420-000 | | 5,813.00 | 5,485.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.33 | 5,472.43 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,462.43 |
| 05/08/13 | | Henderson Auctions | Auction proceeds re Order 4/18/13 | | 79,431.00 | | 84,893.43 |
| | {14} | | Inventory & equipment 79,177.00 | 1129-000 | | | 84,893.43 |
| | {13} | | Office furniture 254.00 | 1129-000 | | | 84,893.43 |
| 05/11/13 | 102 | Henderson Auctions | Auctioneer's commission re: Order dated 4/18/13 | 3610-000 | | 7,943.10 | 76,950.33 |
| 05/11/13 | 103 | Paul Douglas Stewart, Jr. | Attorney's fees & costs re: Order dated 4/30/13 | | | 33,507.25 | 43,443.08 |
| | | | Attorney fees 27,292.00 | 3210-000 | | | 43,443.08 |
| | | | Attorney costs 6,215.25 | 3220-000 | | | 43,443.08 |
| 05/17/13 | 104 | Henderson Auctions | Refund for trailer sold that was not property of estate | | | 1,215.00 | 42,228.08 |
| | {14} | | refund for sale of trailer 1,350.00 that was not property of estate | 1129-000 | | | 42,228.08 |
| | | | refund of auctioneer fees -135.00 | 3610-000 | | | 42,228.08 |
| 05/24/13 | 105 | Denet Towing Services, Inc. | Pump out bilge for Bandit & Renegade re: Order 3/20/13 | 2420-000 | | 4,024.36 | 38,203.72 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.03 | 38,145.69 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.78 | 38,093.91 |
| 07/03/13 | 106 | Hard Rock Marine Services, L.L.C. | March - June storage fees for Tako Renegade re: Order 3/20/13 | 2420-000 | | 5,050.00 | 33,043.91 |
| 07/23/13 | {12} | Stewart Robbins & Brown, LLC | Proceeds from sale of M/V Tako Bandit | 1129-000 | 390,000.00 | | 423,043.91 |
| 07/26/13 | 107 | Force Power Systems | Maritime lien on M/V Tako Bandit re: Order 7/17/13 | 4220-000 | | 65,042.13 | 358,001.78 |
| 07/26/13 | 108 | Retif Oil & Fuel, LLC | Maritime lien on M/V Tako Bandit re: Order 7/17/13 | 4220-000 | | 11,554.15 | 346,447.63 |
| 07/26/13 | 109 | United Bulk Terminals Davant, LLC | Maritime lien on M/V Tako Bandit re: Order 7/17/13 | 4220-000 | | 10,690.00 | 335,757.63 |
| 07/26/13 | 110 | Dennis Frantz & Frantz Marine Corporation, Inc. | Broker's fees re: Order 7/17/13 | 3991-000 | | 19,500.00 | 316,257.63 |
| 07/26/13 | 111 | Hardrock Marine Services, LLC | Insurance and storage costs re: Order 7/17/13 | 2420-000 | | 12,088.00 | 304,169.63 |
| | | | Subtotals : | | $480,739.76 | $176,570.13 | |

{} Asset reference(s)

Printed: 11/13/2018 09:52 AM V.14.14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-10013-B | | Trustee: | Ronald J. Hof (380470) |
|---|---|---|---|---|
| Case Name: | LUMAR MARINE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9766 - Checking Account |
| Taxpayer ID #: | **-***7383 | | Blanket Bond: | $32,290,398.00 (per case limit) |
| Period Ending: | 11/13/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.20 | 303,985.43 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 494.18 | 303,491.25 |
| 09/09/13 | {11} | Stewart Robbins & Brown | Proceeds of sale of M/V Tako Renegade | 1129-000 | 250,000.00 | | 553,491.25 |
| 09/11/13 | 112 | Dennis Frantz & Frantz Marine Corporation, Inc. | Broker's fees re: Order 9/5/13 | 3991-000 | | 12,500.00 | 540,991.25 |
| 09/11/13 | 113 | Retif Oil & Fuel, LLC | Maritime lien on M/V Tako Renegade re: Order 9/5/13 | 4220-000 | | 332.78 | 540,658.47 |
| 09/11/13 | 114 | Force Power Systems | Maritime lien on M/V Tako Renegade re: Order 9/5/13 | 4220-000 | | 8,562.69 | 532,095.78 |
| 09/11/13 | 115 | Custom Fuel Services, Inc. | Maritime lien on the M/V Tako Renegade re: Order dated 9/5/13 | 4220-000 | | 20,706.00 | 511,389.78 |
| 09/26/13 | 116 | Hard Rock Marine Services, L.L.C. | July - September storage fees for Tako Renegade re: Order 9/5/13 | 2420-000 | | 3,400.00 | 507,989.78 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.63 | 507,359.15 |
| 10/07/13 | 117 | J. Edward Perron, Jr. | Accountant's fees & expenses re: Order 10/2/13 | | | 1,852.96 | 505,506.19 |
| | | | Accoountant's fees 1,608.00 | 3410-000 | | | 505,506.19 |
| | | | Accountant's expenses 244.96 | 3420-000 | | | 505,506.19 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 801.58 | 504,704.61 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 677.54 | 504,027.07 |
| 12/18/13 | 118 | Jeffrey N. Aucoin | Accountant fees re: Order 12/17/13 | 3410-580 | | 8,671.50 | 495,355.57 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 797.49 | 494,558.08 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 735.89 | 493,822.19 |
| 02/19/14 | 119 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2014 FOR CASE #13-10013, Pro rata bond premiun payments | 2300-000 | | 447.62 | 493,374.57 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.78 | 492,711.79 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 685.06 | 492,026.73 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 754.95 | 491,271.78 |
| 05/15/14 | 120 | Paul Douglas Stewart, Jr. | Attorney fees & expenses re: Order dated 5/14/14 | | | 85,708.74 | 405,563.04 |
| | | | Attorney's fee 75,252.00 | 3210-000 | | | 405,563.04 |
| | | | Attorney's expenses 10,456.74 | 3220-000 | | | 405,563.04 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 665.53 | 404,897.51 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 562.97 | 404,334.54 |
| 07/16/14 | 121 | J. Edward Perron, Jr. | Accountant's fees & expenses re: Order 7/15/14 | | | 1,210.98 | 403,123.56 |
| | | | Accountant's fee 1,032.00 | 3410-000 | | | 403,123.56 |
| | | Subtotals : | | | $250,000.00 | $151,046.07 | |

{} Asset reference(s)  
Printed: 11/13/2018 09:52 AM V.14.14

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 13-10013-B | | Trustee: | Ronald J. Hof (380470) |
|---|---|---|---|---|
| Case Name: | LUMAR MARINE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9766 - Checking Account |
| Taxpayer ID #: | **-***7383 | | Blanket Bond: | $32,290,398.00 (per case limit) |
| Period Ending: | 11/13/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Accountant's expenses      178.98 | 3420-000 | | | 403,123.56 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 639.26 | 402,484.30 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 559.61 | 401,924.69 |
| 09/03/14 | {6} | Riverbend Marine, LLC, No. 13-10014 | Dividend for Claim #6 in Riverbend Marine case | 1129-000 | 364,267.77 | | 766,192.46 |
| 09/08/14 | 122 | Internal Revenue Service | Priority payment authorized by Order dated 5/14/14 | 5800-000 | | 298,835.09 | 467,357.37 |
| 09/08/14 | 123 | Plaquemines Port Harbor & Terminal District | Priority payment authorized by Order dated 5/14/14 | 5800-000 | | 936.08 | 466,421.29 |
| 09/15/14 | 124 | Louisiana Department of Revenue | Payment of Priority Claim #12 authorized by Order dated 9/15/14 | 5800-000 | | 26,220.00 | 440,201.29 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 868.26 | 439,333.03 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 652.98 | 438,680.05 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 567.88 | 438,112.17 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 714.20 | 437,397.97 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 629.13 | 436,768.84 |
| 02/24/15 | 125 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/20/2015 FOR CASE #13-10013 | 2300-000 | | 275.48 | 436,493.36 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 586.31 | 435,907.05 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 668.78 | 435,238.27 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 626.02 | 434,612.25 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 604.28 | 434,007.97 |
| 06/15/15 | 126 | Internal Revenue Service | Pay priority claim re: Order dated 6/12/15 | 5800-000 | | 584.57 | 433,423.40 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 665.67 | 432,757.73 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 643.20 | 432,114.53 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 600.81 | 431,513.72 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.10 | 430,851.62 |
| 10/28/15 | {18} | McGriff, Seibels & Williams, Inc. | Insurance premiums refund | 1229-000 | 54,782.84 | | 485,634.46 |
| 10/28/15 | | Louisiana Department of Revenue | Business tax refund | 5800-000 | | -11,444.72 | 497,079.18 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 622.89 | 496,456.29 |
| 11/17/15 | 127 | J. Edward Perron, Jr. | Accountant's fees & expenses re: Order 11/16/15 | | | 1,088.74 | 495,367.55 |
| | | | Accountant's fee          804.00 | 3410-000 | | | 495,367.55 |
| | | | Accountant's expenses      284.74 | 3420-000 | | | 495,367.55 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 690.27 | 494,677.28 |
| 12/15/15 | 128 | Paul Douglas Stewart, Jr. | Attorney's fees and expenses re: Order dated | | | 5,276.90 | 489,400.38 |

Subtotals : $419,050.61   $332,773.79

{} Asset reference(s)    Printed: 11/13/2018 09:52 AM    V.14.14

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 13-10013-B  
**Case Name:** LUMAR MARINE, INC.  
**Taxpayer ID #:** **-***7383  
**Period Ending:** 11/13/18  

**Trustee:** Ronald J. Hof (380470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $32,290,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 12/14/15 | | | | |
| | | | Attorney's fees  4,433.50 | 3210-000 | | | 489,400.38 |
| | | | Attorney's expenses  843.40 | 3220-000 | | | 489,400.38 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 783.05 | 488,617.33 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 678.84 | 487,938.49 |
| 02/25/16 | 129 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/12/2016 FOR CASE #13-10013 | 2300-000 | | 221.10 | 487,717.39 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.56 | 487,040.83 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 768.58 | 486,272.25 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 674.27 | 485,597.98 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 673.33 | 484,924.65 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 765.24 | 484,159.41 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 671.33 | 483,488.08 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 762.87 | 482,725.21 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 692.43 | 482,032.78 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 668.39 | 481,364.39 |
| 11/29/16 | 130 | J. Edward Perron, Jr. | accountant's fee and expenses re: Order dated 11/23/16 | | | 644.13 | 480,720.26 |
| | | | Accountant's fee  480.00 | 3410-000 | | | 480,720.26 |
| | | | Accountant's expenses  164.13 | 3420-000 | | | 480,720.26 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 736.57 | 479,983.69 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 688.77 | 479,294.92 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 735.22 | 478,559.70 |
| 02/22/17 | 131 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2017 FOR CASE #13-10013, Bond premium reimbursement | 2300-000 | | 147.68 | 478,412.02 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 642.41 | 477,769.61 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 710.10 | 477,059.51 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 640.43 | 476,419.08 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 753.78 | 475,665.30 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 684.17 | 474,981.13 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 660.41 | 474,320.72 |
| 08/04/17 | 132 | J. Edward Perron, Jr. | Accountant's fees and expenses re: Order 8/2/17 | | | 709.03 | 473,611.69 |
| | | | Accountant's fee  528.00 | 3410-000 | | | 473,611.69 |
| | | | Accountant's expenses  181.03 | 3420-000 | | | 473,611.69 |

Subtotals :  $0.00  $15,788.69

{} Asset reference(s)  
Printed: 11/13/2018 09:52 AM  V.14.14

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 13-10013-B | | Trustee: | Ronald J. Hof (380470) |
|---|---|---|---|---|
| Case Name: | LUMAR MARINE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9766 - Checking Account |
| Taxpayer ID #: | **-***7383 | | Blanket Bond: | $32,290,398.00 (per case limit) |
| Period Ending: | 11/13/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 750.08 | 472,861.61 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 657.47 | 472,204.14 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 724.47 | 471,479.67 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 678.15 | 470,801.52 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 654.60 | 470,146.92 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 743.85 | 469,403.07 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.15 | 468,772.92 |
| 03/13/18 | 133 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2018 FOR CASE #13-10013 | 2300-000 | | 239.47 | 468,533.45 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 674.07 | 467,859.38 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 650.51 | 467,208.87 |
| 05/03/18 | 134 | Marie Franicevic Lulich | Proceeds for compromise re: Order dated 4/18/18 | 4210-000 | | 135,562.86 | 331,646.01 |
| 05/03/18 | 135 | Gulf Coast Marine, LLC | Payment of maritime lien re: Order dated 4/18/18 | 4110-000 | | 125,000.00 | 206,646.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 642.37 | 206,003.64 |
| 06/20/18 | 136 | Stewart, Robbins & Brown, LLC | Attorney fees & expenses re: Order dated 6/19/18 | | | 16,956.10 | 189,047.54 |
| | | | Attorney's fee       16,148.50 | 3210-000 | | | 189,047.54 |
| | | | Attorney's expenses      807.60 | 3220-000 | | | 189,047.54 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 284.80 | 188,762.74 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.60 | 188,473.14 |
| 09/19/18 | 137 | Beverly Chaisson | Dividend paid 100.00% on $12,475.00; Claim# 24P-3; Filed: $12,475.00; Reference: | 5300-000 | | 12,475.00 | 175,998.14 |
| 09/19/18 | 138 | Eagle Control Systems, Inc. | Dividend paid 71.33% on $371.50; Claim# 2; Filed: $371.50; Reference: | 7100-000 | | 265.02 | 175,733.12 |
| 09/19/18 | 139 | Bank of the West | Dividend paid 71.33% on $13,091.26; Claim# 3 -2; Filed: $13,091.26; Reference: | 7100-000 | | 9,338.93 | 166,394.19 |
| 09/19/18 | 140 | Allemand Industries, Inc. | Dividend paid 71.33% on $859.98; Claim# 6; Filed: $859.98; Reference: | 7100-000 | | 613.48 | 165,780.71 |
| 09/19/18 | 141 | K&S Diesel Service, Inc. | Dividend paid 71.33% on $731.11; Claim# 10; Filed: $731.11; Reference: | 7100-000 | | 521.55 | 165,259.16 |
| 09/19/18 | 142 | K&S Diesel Service, Inc. | Dividend paid 71.33% on $2,038.92; Claim# 11; Filed: $2,038.92; Reference: | 7100-000 | | 1,454.51 | 163,804.65 |
| 09/19/18 | 143 | Industrial Welding Supply | Dividend paid 71.33% on $242.52; Claim# 13; Filed: $242.52; Reference: | 7100-000 | | 173.01 | 163,631.64 |
| 09/19/18 | 144 | Marie F. Lulich | Dividend paid 71.33% on $37,493.25; Claim# | 7100-000 | | 26,746.60 | 136,885.04 |

Subtotals :   $0.00   $336,726.65

{} Asset reference(s)   Printed: 11/13/2018 09:52 AM   V.14.14

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 13-10013-B
**Case Name:** LUMAR MARINE, INC.

**Taxpayer ID #:** **-***7383
**Period Ending:** 11/13/18

**Trustee:** Ronald J. Hof (380470)
**Bank Name:** Rabobank, N.A.
**Account:** ******9766 - Checking Account
**Blanket Bond:** $32,290,398.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 19; Filed: $37,493.25; Reference: | | | | |
| 09/19/18 | 145 | Acme Crankshaft Grinding Co., Inc. | Dividend paid 71.33% on $1,033.13; Claim# 22; Filed: $1,033.13; Reference: | 7100-000 | | 737.01 | 136,148.03 |
| 09/19/18 | 146 | Beverly Chaisson | Dividend paid 71.33% on $109,636.00; Claim# 24U-3; Filed: $109,636.00; Reference: | 7100-000 | | 78,211.15 | 57,936.88 |
| 09/19/18 | 147 | Ronald J. Hof | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 57,936.88 | 0.00 |
| | | | Dividend paid 100.00%  57,703.21 on $57,703.21; Claim# ; Filed: $57,703.21 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  233.67 on $233.67; Claim# ; Filed: $233.67 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,149,790.37 | 1,149,790.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,149,790.37 | 1,149,790.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,149,790.37** | **$1,149,790.37** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9766 | 1,149,790.37 | 1,149,790.37 | 0.00 |
| | $1,149,790.37 | $1,149,790.37 | $0.00 |

{} Asset reference(s)

Printed: 11/13/2018 09:52 AM   V.14.14